UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 09-27801 JHW

Debtor: Anthony & Heather DiPaolo

| Check Number | Creditor | Amount |
|---|---|---|
| 1818089 | Wells Fargo Bank, N.A. | 1161.44 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2013